UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC M. BIRNEL,

          Plaintiff,

    v.

CAROL PORTER,

          Defendant.

Case No. C06-5303 RJB/KLS

REPORT AND RECOMMENDATION

**NOTED:**
**August 18, 2006**

This civil rights action been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. §§ 636(b)(1) and Local MJR 3 and 4. The court is advised by plaintiff that he no longer wishes to pursue this action.

## **DISCUSSION**

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides, in pertinent part:

> [A]n action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs . . . .

## **CONCLUSION**

The court should dismiss this action as plaintiff has voluntarily requested dismissal. No answer or motion for summary judgment has been filed by the defendant. A proposed order accompanies this Report and Recommendation.

1   Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure,
2 the parties shall have ten (10) days from service of this Report and Recommendation to file written
3 objections.  *See also* Fed. R.Civ.P. 6.  Failure to file objections will result in a waiver of those
4 objections for purposes of appeal.  Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time
5 limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **August 18,**
6 **2006**, as noted in the caption.

8   DATED this 21st day of July, 2006.

*(signature)*
Karen L. Strombom
United States Magistrate Judge