UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC M. BIRNEL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROL PORTER,<br><br>    Defendant. | Case No. C06-5303RJB<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   The Report and Recommendation is **ADOPTED**;

(2)   Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**;

(3)   The Clerk is directed to send copies of this Order to petitioner and the Honorable Karen L. Strombom.

DATED this 21st day of August, 2006.

Robert J Bryan
United States District Judge

ORDER
Page - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page - 2